CO-386-online
10/03

# United States District Court
## For the District of Columbia

**FILED**
AUG 1 9 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| DERR STEEL ERECTION-SOUTHEAST, L.L.C., | ) ) ) ) | |
| Plaintiff vs | ) ) ) | CASE NUMBER 1:05CV01661 JUDGE: Reggie B. Walton |
| AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA, | ) ) ) | DECK TYPE: Contract DATE STAMP: 08/19/2005 |
| Defendant | ) | |



### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Derr Steel Erection-Southeast, L.L.C.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Derr Steel Erection-Southeast, L.L.C.__ which have any outstanding securities in the hands of the public:

N/A

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_

Signature
Stephen J. Annino, Esq.
Gina L. Schaecher, Esq.

390252 -Stephen J. Annino
474018-Gina L. Schaecher
BAR IDENTIFICATION NO.

Print Name
Kasimer & Annino, P.C.
7653 Leesburg Pike
Address

Falls Church, Virginia 22043
City          State          Zip Code

(703) 893-3914
Phone Number