AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

DERR STEEL ERECTION-SOUTHEAST, L.L.C.,

**SUMMONS IN A CIVIL CASE**

V.

AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA,

CASE NUMBER 1:05CV01661

JUDGE: Reggie B. Walton

DECK TYPE: Contract

DATE STAMP: 08/19/2005


JURY ACTION

TO: (Name and address of Defendant)

AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA
SERVE: Robert Deputy (Registered Agent)
8403 Colesville Road
Silver Spring, Maryland 20910

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen J. Annino, Esq. (DC Bar #390252)
Gina L. Schaecher, Esq. (DC Bar #474018)
Kasimer & Annino, P.C.
7653 Leesburg Pike
Falls Church, Virginia 22043
(703) 893-3914

an answer to the complaint which is served on you with this summons, within __Twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          AUG 1 8 2005
CLERK                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 8-30-05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| SCOT N. SINGLETON | Private Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Dept. of Insurance, Securities 810 First St. N.E. #701 Wash. DC

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served Joyce Lewis Asst. to Ronda Blacksher Attorney Advisor

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $55.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   8-30-05
                   Date                Signature of Server

1025 Connecticut Ave N.W. #1210
Address of Server
Wash. D.C. 20036
(Business Address)

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.