IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DERR STEEL ERECTION-SOUTHEAST, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:05CV01661 |
| ) | |
| AMERICAN CASUALTY COMPANY OF ) | |
| READING, PENNSYLVANIA, ) | |
| ) | |
| Defendant. ) | |

**CONSENT MOTION AND STATEMENT OF POINTS AND AUTHORITIES TO EXTEND TIME TO RESPOND TO COMPLAINT**

COMES NOW, Defendant American Casualty Company of Reading, Pennsylvania, by counsel, with the consent of counsel for Plaintiff, and pursuant to the Federal Rules of Civil Procedure and the Rules of the United States District Court for the District of Columbia, hereby submits this Consent Motion To Extend Time To Respond To Complaint, and respectfully moves this Court for an Order extending the deadline for Defendant to file its answer or other responsive pleading from September 19, 2005 to October 7, 2005. In support of its Motion, Defendant states as follows:

1. Defendant was served with notice of the above-captioned action on August 30, 2005 making the deadline for Defendant to file an answer or otherwise plead September 19, 2005.

2. Since Defendant was served with notice of this action, the parties have engaged in settlement discussions and reached an agreement; however, the parties require additional time to memorialize the parties' agreement. The parties agree that a settlement agreement should be finalized within the next twenty days rendering this action moot.

3. Defendant requests an extension of the deadline for Defendant to file an answer or otherwise plead in this case in order to avoid filing additional pleadings if the matter is settled. Defendant respectfully requests that it be granted an additional twenty (20) in which to file an answer or otherwise plead in this case.

4. Defendant has consulted Plaintiff with regard to this requested extension of time, and Plaintiff has consented to Defendant's request.

5. Defendant avers that this Consent Motion is brought in good faith, does not prejudice any party to the litigation, and is in the interests of justice.

6. Defendant has submitted contemporaneous herewith a proposed Order.

**WHEREFORE,** Defendant respectfully requests that this Court enter an Order extending the deadline for Defendant to respond to Plaintiff's Complaint to October 7, 2005.

Respectfully submitted,

/s/ Sean P. Foley
Sean P. Foley, Esq. (DC Bar # 479580)
Goldberg, Pike & Besche, P.C.
100 South Charles Street
Tower II, Suite 1001
Baltimore, MD 21201-2728
sfoley@gpblawfirm.com
Counsel for Defendant AMERICAN
CASUALTY COMPANY OF READING,
PENNYSLVANIA

SEEN AND CONSENTED TO:

/s/ Gina L. Schaecher
Stephen J. Annino, Esq. (DC Bar # 390252)
Gina L. Schaecher, Esq. (DC Bar # 474018)
KASIMER & ANNINO P.C.
7653 Leesburg Pike
Falls Church, Virginia 22043
(703) 893-3914 Phone
(703) 893-6944 Fax
sannino@kasannlaw.com
gschaecher@kasannlaw.com

*Of Counsel*
Terry L. Salazar, Esq.
Quilling Selander Cummiskey
& Lownds PC
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 880-1857 Phone
(214) 871-2111 Fax
tsalazar@qsclpc.com

P:\Docs\Derr Steel\Gallery Place\Consent Motion To Extension of Time to Answer or Otherwise Plead.doc