IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DERR STEEL ERECTION-SOUTHEAST, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:05CV01661 |
| ) | |
| AMERICAN CASUALTY COMPANY OF ) | |
| READING, PENNSYLVANIA, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on Defendant's unopposed Motion for Extension of Time to Respond to Complaint. This Court being fully informed of all premises of this matter, and there being no opposition to Defendant's Motion, grants Defendant's Motion.

IT IS THEREFORE ODERED that Defendant American Casualty Company of Reading, Pennsylvania's Motion is GRANTED, and Defendant shall answer or otherwise respond to the Complaint in this action on or before October 7, 2005.

_____
United States District Judge