UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                          )
DERR STEEL ERECTION-SOUTHEAST LLC  )
                                                          )
        Plaintiff,                               )
                                                          )
v.                                                        )     Civil Action No. 05-1661 (RBW)
                                                          )
AMERICAN CASUALTY COMPANY OF          )
READING, PENNSYLVANIA,                    )
                                                          )
        Defendant.                            )
                                                          )
_____ )

**ORDER TO SHOW CAUSE**

On August 19, 2005, the plaintiff filed this action seeking monetary damages for an alleged breach of contract. The defendant was served with a summons and a copy of the complaint on August 30, 2005. On September 19, 2005, this Court granted a Consent Motion for Extension of Time to Respond to Complaint and ordered that the defendant file a response to the complaint by October 7, 2005. Although the defendant has not responded to the complaint, the plaintiff has made no effort to pursue prosecution of this action. Accordingly, it is, this 27th day of December, 2005, hereby

**ORDERED** that the plaintiff shall show cause by January 10, 2006, why this case should not be dismissed for want of prosecution. Failure to respond to this order will result in the above-captioned case being dismissed.

        **SO ORDERED.**

                                          REGGIE B. WALTON
                                          United States District Judge