IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DERR STEEL ERECTION-SOUTHEAST, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  1:05CV01661 |
| | ) | |
| AMERICAN CASUALTY COMPANY OF | ) | |
| READING, PENNSYLVANIA, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL OF ALL CLAIMS**

Pursuant to Federal Rule of Civil Procedure 41(a), the parties, Plaintiff DERR STEEL

ERECTION-SOUTHEAST, LLC, and Defendant AMERICAN CASUALTY COMPANY OF

READING, PENNSYLVANIA, by and through counsel, stipulate and agree to the dismissal,

with prejudice, of all of Plaintiff's claims against Defendant arising out of this litigation or the

facts and circumstances giving rise to this litigation, each party to pay its own costs and

attorneys fees.

Dated this 9th day of January, 2006.


/s/ Gina L. Schaecher
Stephen J. Annino, Esq. (DC Bar # 390252)
Gina L. Schaecher, Esq. (DC Bar # 474018)
KASIMER & ANNINO P.C.
7653 Leesburg Pike
Falls Church, Virginia 22043
(703) 893-3914 Phone
(703) 893-6944 Fax
sannino@kasannlaw.com
gschaecher@kasannlaw.com
Counsel for Plaintiff DERR STEEL ERECTION-SOUTHEAST, LLC

And

Terry L. Salazar, Esq.
Quilling Selander Cummiskey
& Lownds PC
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 880-1857 Phone
(214) 871-2111 Fax
tsalazar@qsclpc.com
*Of Counsel* for Plaintiff DERR STEEL ERECTION-SOUTHEAST, LLC

And

/s/ Sean Patrick Foley
Sean Patrick Foley, Esquire (DC Bar # 479580)
Goldberg, Pike & Besche, P.C.
100 South Charles Street
Tower II, Suite 1001
Baltimore, MD 21201-2728
sfoley@gpblawfirm.com
Counsel for Defendant AMERICAN CASUALTY COMPANY OF READING,
PENNSYLVANIA